RODNEY WOOLRIDGE, JR., an Infant by His Father and Natural Guardian RODNEY T. WOOLRIDGE, et al., Respondents, v. JERRY ROSEN, Appellant.—

Concur — Eager, J. P., Capozzoli, Marke-
wich and Tilzer, JJ.